CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 13 2006

JOHN F. CORCORAN, CLERK
BY: /s/ H McDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARLIN DUMAS,<br>    Plaintiff, | )<br>)<br>)  Civil Action No. 7:06-cv-00412<br>) |
| v. | )  **FINAL ORDER**<br>) |
| KATHELEEN BASSETT,<br>    Defendant. | )  By: Hon. Jackson L. Kiser<br>)  Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 13th day of July, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge